William J.F. Roll, III
Joanna Shally
Melissa J. Godwin
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 848-4000

APR 18 2012

*Counsel for Plaintiff GCCFC
2007-GG11 Brooklyn Industrial, LLC*

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

GCCFC 2007-GG11 BROOKLYN :
INDUSTRIAL, LLC, :
                              Plaintiff, :   Civil Action No. 11-CV-4552 (CBA)
         v. :
 :
1-10 INDUSTRY ASSOCIATES LLC, :
19-20 INDUSTRY CITY ASSOCIATES, :
LLC, RUBIN SCHRON, ABRAHAM :
FRUCHTHANDLER, SIS WIZARDS INC., :
THE PRESSCRETE CO. INC., :
MAIDENBERG CORP., AH HARRIS & :   **NOTICE OF VOLUNTARY DISMISSAL**
SONS INC., CATERPILLAR FINANCIAL :   **PURSUANT TO RULE 41(a)**
SERVICES CORPORATION, MW CELL :
TRS1, LLC, NEW YORK COMMUNITY :
BANK, NEW YORK CITY :
ENVIRONMENTAL CONTROL BOARD, :
NEW YORK CITY DEPARTMENT OF :
ENVIRONMENTAL PROTECTION, NEW :
YORK CITY DEPARTMENT OF FINANCE, :
and NEW YORK STATE DEPARTMENT OF :
TAXATION AND FINANCE, :
 :
                            Defendants. :

-----------------------------------------------------------x

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1), plaintiff GCCFC 2007-GG11 BROOKLYN INDUSTRIAL, LLC hereby voluntarily dismisses the above-captioned action without prejudice.

Dated: New York, New York
April 13, 2012

SHEARMAN & STERLING LLP

By: /s/ *William J.F. Roll, III*
William J.F. Roll, III
Joanna Shally
Melissa J. Godwin

599 Lexington Avenue
New York, New York 10022
Telephone: (212) 848-4000
wroll@shearman.com
jshally@shearman.com
melissa.godwin@shearman.com

*Counsel for Plaintiff GCCFC
2007-GG11 Brooklyn Industrial, LLC*

s/CBA

SO ORDERED: _____
April 18, 2012               USDJ